CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 24 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONELL J. BLOUNT, SR.,<br>Petitioner, | Civil Action No. 7:06CV00545 |
| v. | **FINAL ORDER** |
| GENE M. JOHNSON,<br>Respondent. | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

### ORDERED

as follows:

1. The respondent's motion for summary judgment shall be and hereby is **GRANTED**;

2. The petitioner's "motion to incorporate/take judicial notice" shall be and hereby is **DISMISSED** as moot; and

3. This action shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 24th day of April, 2007.

_____
United States District Judge